UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>    Plaintiff,<br><br>v.<br><br>TRIPLE C, a Texas company,<br><br>    Defendant. | NO. 2:16-cv-01086 RSM<br><br>STIPULATION RENOTING DEFENDANT'S MOTION TO DISMISS AND EXTENDING TIME FOR PLAINTIFF TO RESPOND |

## I.    STIPULATION

Plaintiff Microsoft Corporation and Defendant Triple C, by and through their attorneys, hereby stipulate and agree to renote Defendant's Motion to Dismiss from April 28, 2017, to June 23, 2017, which shall thereby extend the time for Plaintiff to respond to Defendant's motion to June 19, 2017. This stipulation is being submitted because the parties are actively engaged in settlement negotiations and have scheduled an early mediation for June 5, 2017. Renoting the hearing for June 23, 2017, will allow the parties to complete the mediation and potentially resolve the case prior to having to respond to the jurisdictional arguments raised in Defendant's pending motion.

STIPULATION RENOTING DEFENDANT'S MOTION TO
DISMISS AND EXTENDING TIME FOR PLAINTIFF TO
RESPOND – 1
(2:16-CV-01086 RSM)

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

Stipulated and presented this 24th day of April, 2017.

| | |
|---|---|
| /s/ Bonnie E. MacNaughton | /s/ Emilia L. Sweeney |
| Bonnie E. MacNaughton, WSBA No. 36110 | Emilia L. Sweeney, WSBA No. 23371 |
| Jordan Clark, WSBA No. 49695 | Attorneys for Defendant Triple C |
| Davis Wright Tremaine, LLP | Carney Badley Spellman, P.S. |
| 1201 Third Avenue, Suite 2200 | 701 Fifth Avenue, Suite 3600 |
| Seattle, WA 98101-3045 | Seattle, WA 98104 |
| Phone: 206-622-3150 | Phone: (206) 622-8020 |
| Facsimile: 206-757-7700 | Facsimile: (206) 467-8215 |
| Email: bonniemacnaughton@dwt.com | Email: sweeney@carneylaw.com |
| jordanclark@dwt.com | |

## II. ORDER

It is so ordered. Defendant's Motion to Dismiss (Dkt. #24) shall be RE-NOTED for consideration on June 23, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION RENOTING DEFENDANT'S MOTION TO DISMISS AND EXTENDING TIME FOR PLAINTIFF TO RESPOND – 2
(2:16-CV-01086 RSM)

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax