UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TRIPLE C, a Texas company,<br><br>　　　　　　Defendant. | No. 2:16-cv-01086-RSM<br><br>STIPULATED PERMANENT INJUNCTION |

## STIPULATION

Plaintiff Microsoft Corporation and Defendant Triple C, by and through their respective counsel of record, hereby stipulate and agree to entry of the permanent injunction below.

//

//

//

STIPULATED PERMANENT INJUNCTION - 1

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

DATED this 21st day of July, 2017

| | |
|---|---|
| DAVIS WRIGHT TREMAINE LLP<br>*Attorneys for Plaintiff Microsoft Corp.* | CARNEY BADLEY SPELLMAN, P.S.<br>*Attorneys for Defendant Triple C* |
|   */s/ Bonnie E. MacNaughton*<br>Bonnie E. MacNaughton, WSBA #36110<br>Jordan Clark, WSBA #49659<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Tel: (206) 622-3150<br>Fax: (206) 757-7700<br>Email: bonniemacnaughton@dwt.com<br>Email: jordanclark@dwt.com |   */s/ Emilia L. Sweeney*<br>Emilia L. Sweeney, WSBA #23371<br>701 Fifth Avenue, Suite 3600<br>Seattle, WA 98104<br>Phone: (206) 622-8020<br>Fax: (206) 467-8215<br>Email: sweeney@carneylaw.com |

**PERMANENT INJUNCTION**

Pursuant to the settlement of this matter, and the parties' agreement in connection therewith to stipulate to a permanent injunction, IT IS HEREBY ORDERED that Defendant, its directors, principals, officers, agents, representatives, employees, attorneys, successors and assigns are enjoined and restrained from:

1. Copying or making any other infringing use or infringing distribution of Microsoft's software and other intellectual property, including product activation keys;

2. Manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting or displaying any Microsoft software or other intellectual property, including product activation keys, bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks, service marks, or copyrights;

STIPULATED PERMANENT INJUNCTION - 2

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

3. Using any unauthorized simulation, unauthorized reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks, service marks or copyrights in connection with the manufacture, assembly, production, distribution, offering for distributing, circulation, sale, offering for sale, import, advertisement, promotion, or display of any software, component, product activation key, and/or other item not authorized or licensed by Microsoft;

4. Using any false designation of origin or false or misleading description or false or misleading representation that can or is likely to lead the trade or public or individuals erroneously to believe that any software, component, product activation key, and/or other item has been manufactured, assembled, produced, distributed, displayed, licensed, sponsored, approved or authorized by or for Microsoft, when such is not true in fact;

5. Engaging in any other activity constituting an infringement of any of Microsoft's trademarks, services marks, and/or copyrights, or of Microsoft's rights in, or right to use or to exploit, such trademarks, services marks and/or copyrights; and/or

6. Assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities listed above.

IT IS SO ORDERED.

DATED this 21st day of July, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax