UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>                   Plaintiff,<br><br>   v.<br><br>TRIPLE C., a Texas company,<br><br>                   Defendant. | No. 2:16-cv-01086-RSM<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

**STIPULATION**

Plaintiff Microsoft Corporation and Defendant Triple C, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action and all claims in this action are hereby dismissed with prejudice and without fees or costs to either side.

2. The parties ask the Court to retain continuing jurisdiction over this matter solely for the limited purposes of enforcing the injunction entered into in this matter and to enter judgment in the event of a default by Defendant in the installment payments pursuant to the terms of the parties' settlement agreement.

STIPULATION OF DISMISSAL - 1

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

1  DATED this 21st day of July, 2017.

2

3 DAVIS WRIGHT TREMAINE LLP | CARNEY BADLEY SPELLMAN, P.S.
*Attorneys for Plaintiff Microsoft Corp.* | *Attorneys for Defendant Triple C*

  */s/ Bonnie E. MacNaughton*  | */s/ Emilia L. Sweeney*
Bonnie E. MacNaughton, WSBA #36110 | Emilia L. Sweeney, WSBA #23371
Jordan Clark, WSBA #49659 | 701 Fifth Avenue, Suite 3600
1201 Third Avenue, Suite 2200 | Seattle, WA 98104
Seattle, WA 98101-3045 | Phone: (206) 622-8020
Tel: (206) 622-3150 | Fax: (206) 467-8215
Fax: (206) 757-7700 | Email: sweeney@carneylaw.com
Email: bonniemacnaughton@dwt.com
Email: jordanclark@dwt.com

**ORDER**

IT IS SO ORDERED.

DATED THIS 21st day of July, 2017.

[signature]

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL - 2

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax